# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

|  |  |
|---|---|
| Lizabeth Garcia, | Civil Action No. _____ |
| Plaintiff, |  |
| v. |  |
| United Asset Management, LLC, |  |
| Defendant. |  |

## <u>NOTICE OF REMOVAL</u>

COMES NOW, Defendant, United Asset Management, LLC (the "Defendant"), who hereby removes this action from the 224th District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.  Removal is based on Diversity.  In support of this notice, Defendants state as follows:

1.     On October 4, 2021, Plaintiff commenced this action by filing a petition against Defendant in the 224th District Court of Bexar County, Texas as Case No. 2021CI21023. True and correct copies of the Court docket and all filings the 224th District Court of Bexar County, Texas as Case No. 2021CI21023 are attached hereto as **Exhibit A.**

2.     Upon information and belief, Plaintiff has not completed service on the Defendant. As the Defendants have not been properly served, this Notice of removal is timely under 28 U.S.C. § 1446(b).

3.     Defendant consents to jurisdiction in the Western District of Texas, San Antonio Division. A True and Correct copy of the Defendant's consent is attached as **Exhibit B.**

1

4.    The Western District of Texas, San Antoni Division is the proper place to file this Notice of Removal under 28 U.S.C. § 1446(a) because it is the federal district court that embraces Bexar County, Texas which is the place where the original action is pending.

5.    The Defendant is not a Texas entity. The Plaintiff is a Texas domicile. Thus, diversity exists between the parties.

6.    Courts in Texas have held that if the right to property is called into question, for example where a party seeks to enjoin a foreclosure sale, the value of the property constitutes the amount in controversy. *See generally* Copeland v. U.S. Bank National Ass'n, 485 F. App'x 8, 9 (5th Cir. 2012) (finding that in action to enjoin foreclosure "the amount in controversy exceeds $75,000 due to the value of the subject property"); Nationstar Mortgage LLC v. Knox, 351 F. App'x 844, 848 (5th Cir. 2009); Lindsey v. JPMorgan Chase Bank National Ass'n, No. 3:12-CV-4535-M-(BH), 2013 WL 2896897, at *16 (N.D. Tex. June 13, 2013) ("[W]here the plaintiff puts the title to property in dispute, the value of the property is the proper measure of the amount in contro-versy.")

7.    The 2021 appraised value of the property in question, 406 Talon Ridge San Antonio, TX 78253, is $219,980.00. True and Correct copies of the Property appraisal from the Bexar County Tax Appraiser's website are attached as **Exhibit C**.

8.    Thus, the monetary value of the amount in controversy exceeds $75,000, exclusive of interests and costs.

9.    Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will concurrently be given to Plaintiff's counsel, and a Notice of Filing of Notice of Removal will be concurrently filed with the in the  224th District Court of Bexar County, Texas as Case No. 2021CI21023. A true and correct copy of this Notice is attached hereto as **Exhibit D.**

WHEREFORE, Defendant files this Notice of Removal and removes the civil action to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**GHIDOTTI | BERGER LLP**

*/s/ Chase A. Berger*
Chase A. Berger, Esq.
State Bar No. 24115617
9720 Coit Road, Suite 220-228
Plano, Texas  75025
Tel: (305) 501-2808
Fax: (954) 780-5578
Email: cberger@ghidottiberger.com
**ATTORNEY FOR DEFENDANT**

# EXHIBIT A

224th District Court

## Case Summary

### Case No. 2021CI21023

| | | |
|---|---|---|
| **Lizabeth Garcia VS United Asset Management, LLC** | § § § | Location: **224th District Court** <br> Judicial Officer: **224th, District Court** <br> Filed on: **10/04/2021** |

### Case Information

Case Type:  OTHER REAL PROPERTY
Case Status: **10/04/2021  Pending**

### Assignment Information

**Current Case Assignment**
Case Number    2021CI21023
Court          224th District Court
Date Assigned  10/04/2021
Judicial Officer 224th, District Court

### Party Information

*Lead Attorneys*

**Plaintiff**    **Garcia, Lizabeth**        **VAN CLEAVE, GREGORY T**
                                              *Retained*

**Defendant**  **United Asset Management, LLC**

### Events and Orders of the Court

10/04/2021  New Cases Filed (OCA)

10/04/2021  PETITION

10/04/2021  REQUEST FOR SERVICE AND PROCESS

10/05/2021  TEMPORARY RESTRAINING ORDER (OCA)      (Judicial Officer: ALVAREZ, MARY LOU)

10/08/2021  **Citation**
            United Asset Management, LLC
            Unserved

10/19/2021  **SETTING ON TEMPORARY INJUNCTION**   (9:00 AM)

PRIVATE PROCESS

### Case Number: 2021CI21023

Lizabeth Garcia VS  United Asset Management, LLC
(Note: Attached Document May Contain Additional
Litigants)

IN THE 224TH DISTRICT COURT
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:    **UNITED ASSET MANAGEMENT, LLC**
**BY SERVING ITS REGISTERED AGENT UNIVERSAL REGISTERED AGENTS INC**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S ORIGINAL PETITION** was filed **on this the 4th day of October, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 8th day of October, 2021.

**GREGORY T VAN CLEAVE**
**ATTORNEY FOR PLAINTIFF**
**1520 W HILDEBRAND AVE**
**SAN ANTONIO TX 78201-4135**

MARK HERNANDEZ

OCT 0 8 2021



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

San Antonio, Texas 78205
**By: /s/ Jason Pastrano**
Jason Pastrano, Deputy

---

LIZABETH GARCIA VS  UNITED ASSET MANAGEMENT, LLC

Case Number: 2021CI21023
224th District Court

### Officer's Return

I received this CITATION on the _____ , day of _____ , 20_____ at ___ ___ o'clock ___ M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ _ _
in person on the _____ day of _____ , 20____ at _____ _____ o'clock _____ M. at _____ _____ or ( ) not executed because _____ _ __
Fees: _____ _____ Badge/PPS #: _____ _____ Date certification expires: _ _____ _____

_____ County,

Texas

BY:

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____ ___ _____ _ __

_____ _____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____ ,_____ , my date of birth is _____ ,_____ , and my
address is _____ _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ _____ County, State
of Texas, on the _____ day of _____ , A.D., _____

_____ _____ _____

**Declarant**



NO. 2021 CI 21023

| LIZABETH GARCIA | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| vs. | § | _____ JUDICIAL DISTRICT |
| | § | |
| UNITED ASSET MANAGEMENT LLC | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On the __5__ day of __October__ , 20 __21__ , the application for a Temporary Restraining Order of Plaintiffs, Lizabeth Garcia was presented to the Court, ex parte.

The Court, having examined the pleadings and allegations of the Plaintiff, finds that Plaintiff's sworn pleadings and allegations show that Plaintiff is the owner of that certain tract of land, being more particularly described as follows:

Lot 36, Block 11, Caracol Creek Subdivision, Unit 4, Bexar County, Texas.

According to Plat, Recorded in Volume 9553, Page(s) 173, Deed and Plat

Records of Bexar, County, Texas.

AKA 8510 Talon Ridge, San Antonio, Texas, 78253

and that further that there is sufficient evidence to show that there has been economic duress, and other actions and dealings on the part of Defendant, United Asset Management LLC that require the matter to be resolved by TRO.

The court further finds that there is a substantial probability that the Defendants would take actions to try to deprive the Plaintiff of her property rights in the above described property when there is no default sufficient to justify foreclosure.

1

Therefore, the Court finds that the following restraining orders are necessary to protect the rights of the Plaintiff in her pursuit of her claims under this lawsuit.

IT IS THEREFORE ORDERED that the clerk of this Court issue temporary ex parte restraining orders as follows, and that the Defendants Bank of America, is immediately prohibited from doing the following:

1.    Taking any action to foreclose on the real property, more particularly described as:

Lot 36, Block 11, Caracol Creek Subdivision, Unit 4, Bexar County, Texas.

According to Plat, Recorded in Volume 9553, Page(s) 173, Deed and Plat

Records of Bexar, County, Texas.

AKA 8510 Talon Ridge, San Antonio, Texas, 78253

2.    To take any other action to enforce the power of sale contained in the Deed of Trust securing the Note of even date therewith;

3.    Posting the property for foreclosure sale or taking other actions to enforce the Deed of Trust Lien against the property described above; and

4.    Taking any other actions to the prejudice of Plaintiff.

These temporary ex parte orders shall be effective immediately and binding on the Defendants United Asset Management LLC and continue in full force and effect until a hearing is held on the application of Defendant for a Temporary Injunction which will be held on the 19th day of October, 2021 at 9:00 A. M. in the Presiding District Court, Room 109 at the Bexar County Courthouse, Bexar, Texas or until further order of this Court. Via Zoom 917 895 6796

The Court having heard the evidence and having determined that it is appropriate to issue this Temporary Restraining Order and that the Plaintiff should be required to post a bond related thereto. IT IS THEREFORE ORDERED that Plaintiff Lizabeth Garcia post a bond payable to

2

Defendants United Asset Management LLC in the sum of _**250.00**_. Hundred Dollars (**250.00**), conditioned that if, the Plaintiff, will abide the decisions which was made in such cause and they will pay all sums of monies and costs that may be adjudged against them should the Temporary Restraining Order be dissolved in whole or in part or found to be wrongfully issued.

IT IS FURTHER ORDERED that the clerk shall issue to Defendants an Order to appear before this Court on the date set out above to show cause why, during the pendency of this suit, the Court should not enter orders as follows:

1.    Taking any action to foreclose on the real property, more particularly described as follows:

Lot 36, Block 11, Caracol Creek Subdivision, Unit 4, Bexar County, Texas.

According to Plat, Recorded in Volume 9553, Page(s) 173, Deed and Plat Records of Bexar, County, Texas.

AKA 8510 Talon Ridge, San Antonio, Texas, 78253

2.    To take any other action to enforce the power of sale contained in the Deed of Trust of the above subject property, securing a Notes of even date therewith;

3.    Posting the property for foreclosure sale or taking other actions to enforce the Deed of Trust Lien against the property described above; and

4.    Taking any other actions to the prejudice of Plaintiff.

Signed this ___day of _____, 201__, at **3:14P** .M.

**OCT 0 5 2021**

_____
JUDGE PRESIDING

**Mary Lou Alvarez**
**Presiding Judge**
**45th District Court**
**Bexar County, Texas**

3

APPROVED AS TO CONTENT AND FORM:

ALBERT W. VAN CLEAVE, III
Attorney at Law
1520 W. Hildebrand
San Antonio, Texas 78201
Bar Card No. 20437800
Telephone (210) 341-6588
Telecopier (210) 341-6589
Attorney for Plaintiffs

# BALANCE OF PAGE LEFT INTENTIONALLY BLANK

4

FILED
10/4/2021 4:12 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin
Bexar County - 224th District Court



Cause Number: _____

District Court : _____

CIT PPS

County District Clerk

## Request for Process

Style: Lizabeth Garcia vs. United Asset Management, LLC

Request the following process: (Please check all that Apply)

☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Prevent with hearing ☐ Present without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

1.
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Publication (Check One) ☐ Commercial Recorder ☐ Hart Boat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

2.
Name: United Asset Management, LLC
Registered Agent/By Serving: Universal Registered Agents, INC.
Address 112 Maverick Ct. Granbury, TX 76049 USA
Service Type: (Check One) ☑ Private Process ☐ Sheriff ☐ Publication (Check One) ☐ Commercial Recorder ☐ Hart Boat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

3.
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Publication (Check One) ☐ Commercial Recorder ☐ Hart Boat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

4.
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Publication (Check One) ☐ Commercial Recorder ☐ Hart Boat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

Title of Document/Pleading to be Attached to Process: Plaintiff's original petition

Name of Attorney/Pro se: Gregory VanCleave Bar Number: 24037881
Address: 1520 W. Hildebrand Phone Number: 210-341-6588
San Antonio, TX 78201

Attorney for Plaintiff XXXXX _____ Defendant _____ Other _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

FILED
10/4/2021 4:12 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin
Bexar County - 224th District Court

Case 5:21-cv-01006-JKP    Document 1    Filed 10/18/21    Page 12 of 28

CIT PPS

# 2021CI21023

NO._____

| LIZABETH GARCIA | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| | § | _____ JUDICIAL DISTRICT |
| vs. | § | |
| | § | |
| UNITED ASSET MANAGEMENT LLC | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Lizabeth Garcia, Plaintiffs, and files this their Plaintiffs' Original Petition against Defendants, United Asset Management LLC hereinafter referred to as "Nationstar", and for cause thereof would show as follows:

I.

Plaintiffs are residents of Bexar County and own Real Property in Bexar County, Texas and are the owner of the real property described in paragraph III., hereof.

II.

Defendant, United Asset Management LLC is a corporation and may be served with process by serving by notice to its attorney McCarthy, Hothus & Ackerman, L.P. via fax to (214) 291-3801.

III.

Plaintiff is the owner of the real property, the subject of this suit which is more particularly described as follows:

Lot 36, Block 11, Caracol Creek Subdivision, Unit 4, Bexar County, Texas. According to Plat, Recorded in Volume 9553, Page(s) 173, Deed and Plat Records of Bexar, County, Texas.

AKA 8510 Talon Ridge, San Antonio, Texas, 78253

IV.

Defendant United Asset Management LLC is the holder of that certain promissory note with a current unpaid balance, payable to the order of United Asset Management LLC secured by a Deed of Trust which is secured by a lien against the above described real property of Plaintiff, Defendant has retained a Substitute Trustee allegedly appointed by Defendant United Asset Management LLC to handle the foreclosure of the deed of trust lien in favor of said Defendant, United Asset Management LLC secured by the above described real property.

V.

**Causes of Action**

**A.  Request for Injunctive Relief**

Since the property has been in default, Plaintiff has been attempting to work out the situation with the bank.  There is equity in the house.  The concern is that substantially less is owed then the amount the lender seeks to collect.  This property was technically foreclosed on twice. Both of these foreclosures have been charged to Ms. Garcia.  Both occurred when the property was protected by a HAMP workout plan.  Ms. Garcia is a Realtor and needs to know what is owed so she can find a price point to sell the house for.

VI.

That despite the efforts of Plaintiff to make payments of the note secured by the deed of trust lien, Defendant has insisted on the foreclosure of the mortgage and will cause the mortgage to be foreclosed by Defendant unless restrained.  There is no default sufficient to justify foreclosure and any alleged default has been cured or waived.  If Defendant is not restrained and enjoined

Plaintiff will suffer irreparable harm. The foreclosure sale will deprive Plaintiff of the usual enjoyment of the property as well as tremendous amounts of equity.

VII.

Plaintiff would further show the Court that there is no remedy at law that is clear and adequate to protect the property interest of Plaintiff against such wrongful foreclosure. This request for injunctive relief is so that justice may be done, and not merely for delay. Plaintiff stands ready to perform such equitable acts as the Court may deem necessary. Because of the acts of Defendants, Plaintiff must proceed into this Court of Equity and seek affirmative relief.

VII.

Breach of Contract

10.    Plaintiff incorporates by reference the facts plead in paragraphs 5 – 9.

11.  The essential elements of a breach of contract claim are: (1) the existence of a valid contract; (2) performance or tendered performance by the Plaintiff; (3) breach of the contract by the Defendant; and (4) damages sustained by the Plaintiff as a result of the breach. Valero Mktg. & Supply Co. v. Kalama Int'l, 51 S.W.3d 345, 351 (Tex. App. Houston [1st] 2001, no pet.).

12.    Defendant bank breach the contract by not providing the plaintiff the proper notices to cure. The defendant needs to know the amount the amount cure in order to foreclose on the lien. We specifically plead as follows: (1) the Plaintiff was told in the contract that the lender would follow all Texas laws. As such, the asserts that he has a valid contract that would require the lender to follow Texas law and provide notices to cure. (2) The Defendant has not held up their end of the bargain; Plaintiff maintains that the need for it to tender performance is waved because the notice to cure is remedial in nature; (3) The defendant breached the contract

7

by failing to mail correct notices to the plaintiff; (4) The plaintiff was damaged because he was deprived of the ability to protect their home from foreclosure.

## Texas Declaratory Judgment Act

### VIII

The DJA provides that it is to "be liberally construed and administered" to fulfill its purpose "to settle and to afford relief from uncertainty and insecurity with respect to rights, status, and other legal relations." Tex. Civ. Prac. & Rem. Code Ann. § 37.002(b) (Vernon 2008). A court of record may, "within its jurisdiction[,] . . . declare rights, status, and other legal relations whether or not further relief is or could be claimed." *Id.* § 37.003(a). The subject matter of a declaratory judgment action includes a "declaration of rights, status, or other legal relations" of any question of construction or validity arising under a statute when the person's "rights, status, or other legal relations are affected by [the] statute." *Id.* § 37.004(a).


Request A.

Plaintiff requested this court review the parties mutual payment ledgers ledgers receipts as well as the note and determine if there is any default if any they would further request a declaration as to an accounting of the monies owed on the promissory note.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Florencio M. Alvarez and Nancy Alvarez respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for damages in an amount within the jurisdictional limits of the Court. Accordingly Plaintiffs respectfully request that Plaintiffs have judgment against Defendants for:

a. reasonable and necessary attorney fees; and

b. costs associated with prosecuting this action; and

c. Additional reasonable attorney fees if this action is appealed to the Fourth Court of Appeals; and the Texas Supreme Court.

d. post-judgment interest, at the maximum legal rate; and

e. 1. A Temporary Restraining Order be issued without notice to Defendant, United Asset Management LLC restraining United Asset Management LLC its Agents, Servants, and Employees, from directly or indirectly selling or attempting to sell the property described herein on December 3, 2013 and to further restrain it from issuing any letters, notices or any written instrument which would purport to give the right to foreclose on the property under the power of sale contained in the Deed of Trust.

2. After notice of hearing the Court issue a Temporary Injunction pending the outcome of this case, restraining Defendant from foreclosing upon the property until a true accounting can be obtained.

f. Any other relief to which plaintiff may be entitled to under equity and law to include the declaratory judgment requests discussed above.

9

Respectfully submitted,

_____

ALBERT W. VAN CLEAVE, III
Attorney at Law
1520 W. Hildebrand
San Antonio, Texas 78201
Bar Card No. 20437800
Telephone (210) 341-6588
Telecopier (210) 341-6589
Attorney for Plaintiffs

NO._____

| | | |
|---|---|---|
| **LIZABETH GARCIA** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **UNITED ASSET MANAGEMENT LLC** | § | |
| **Defendant** | § | **BEXAR COUNTY, TEXAS** |

State of Texas

County of Bexar

<u>Verification</u>

My name is Lizabeth Garcia, and I am one of the Plaintiffs and applicant for Temporary Restraining Order. All of the Statements, Facts and Circumstances set out in the above Plaintiff's Original Petition and Application for Temporary Restraining Order are within my personal knowledge and are true and correct. I, on the behalf of MYSELF request that the Temporary Restraining Order be issued.

_____
Lizabeth Garcia

State of Texas

County of Bexar

Sworn to and subscribed before me on __1__ day of __October__ , 200__21__, by Lizabeth Garcia.

_____
Notary Public, State of Texas

Lilianna Lechasseur-Aguilar
Printed Name of Notary

My Commission Expires: __July 7, 2025__

LILIANNA LECHASSEUR-AGUILAR
My Notary ID # 133198216
Expires July 7, 2025

11

EXHIBIT B

# IN THE DISTRICT COURT OF THE UNITED STATES FOR
# THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

Lizabeth Garcia,

Plaintiff,

v.

United Asset Management, LLC,

Defendant.

Civil Action No. _____

## DEFENDANT UNITED ASSET MANAGEMENT, LLC'S CONSENT TO REMOVAL

Defendant United Asset Management, LLC files this consent under 28 U.S.C. § 1446:

1. Plaintiff's name is Lizabeth Garcia; consenting Defendant is United Asset Management, LLC.
2. On October 4, 2021, Plaintiff sued the Defendant for alleged breach of contract, notice violations and violations of the Texas Declaratory Judgment Act, in the 224th District Court of Bexar County, Texas as Case No. 2021CI21023.
3. Defendant United Asset Management, LLC has not received proper notice of the suit.
4. Defendant United Asset Management, LLC agrees with the notice of removal and consents to removal of this suit to federal court.
5. Defendant United Asset Management, LLC is not a Texas entity.

UNITED ASSET MANAGEMENT, LLC,

By: _____

Name: _Claudio Chavez_____

Title: _Managing Director_____

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ___Orange___

Subscribed and sworn to (or affirmed) before me on this 15th day of ___October___, 2021, by _____ Claudio Chavez _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JOHN C. LAM
Notary Public - California
Orange County
Commission # 2371795
My Comm. Expires Aug 22, 2025

(Seal)

_____
Signature of Notary Public

EXHIBIT C

# Bexar CAD

2022 - Values not available ⇅

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 202273 | Legal Description: | CB 4361A BLK 11 LOT 36 CARACOL CREEK SUB'D UT-4 |
| Geographic ID: | 04361-111-0360 | Zoning: | OCL |
| Type: | Real | Agent Code: | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Protest

Protest Status:

Informal Date:

Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | 406 TALON RDG<br>SAN ANTONIO, TX 78253 | Mapsco: | 611F3 |
| Neighborhood: | CARACOL CREEK (NS) | Map ID: | |
| Neighborhood CD: | 99691 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | GARCIA LIZABETH | Owner ID: | 2419907 |
| Mailing Address: | 406 TALON RDG<br>SAN ANTONIO, TX 78253-6132 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | Ag / Timber Use Value | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | | |
| (+) Improvement Non-Homesite Value: | + | N/A | | |
| (+) Land Homesite Value: | + | N/A | | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | N/A | N/A | |
| (+) Timber Market Valuation: | + | N/A | N/A | |
| | | -------------------------- | | |
| (=) Market Value: | = | N/A | | |
| (−) Ag or Timber Use Value Reduction: | − | N/A | | |
| | | -------------------------- | | |
| (=) Appraised Value: | = | N/A | | |
| (−) HS Cap: | − | N/A | | |
| | | -------------------------- | | |
| (=) Assessed Value: | = | N/A | | |

## Taxing Jurisdiction

Owner:         GARCIA LIZABETH
% Ownership:   100.0000000000%
Total Value:   N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|--------|-------------|----------|-----------------|---------------|---------------|---|
| 06 | BEXAR CO RD & FLOOD | N/A | N/A | N/A | N/A | |
| 08 | SA RIVER AUTH | N/A | N/A | N/A | N/A | |
| 09 | ALAMO COM COLLEGE | N/A | N/A | N/A | N/A | |
| 10 | UNIV HEALTH SYSTEM | N/A | N/A | N/A | N/A | |
| 11 | BEXAR COUNTY | N/A | N/A | N/A | N/A | |
| 56 | NORTHSIDE ISD | N/A | N/A | N/A | N/A | |
| 79 | BEXAR CO EMERG DIST #2 | N/A | N/A | N/A | N/A | |
| CAD | BEXAR APPRAISAL DISTRICT | N/A | N/A | N/A | N/A | |
| | Total Tax Rate: | N/A | | | | |
| | | | | Taxes w/Current Exemptions: | N/A | |
| | | | | Taxes w/o Exemptions: | N/A | |

## Improvement / Building

| Improvement #1: | Residential | State Code: | A1 | Living Area: | 2855.0 sqft | Value: | N/A |
|-----------------|-------------|-------------|----|--------------|-------------|--------|-----|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| LA | Living Area | A - HP | | 2002 | 1234.0 |
| AG | Attached Garage | A - HP | | 2002 | 378.0 |
| OP | Attached Open Porch | A - NO | | 2002 | 24.0 |
| LA2 | Living Area 2nd Level | A - HP | | 2002 | 1621.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------------|-------------|
| 1 | RES | R/1 Family not Farm Single | 0.1355 | 5903.00 | 0.00 | 0.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|------|--------------|-------------|--------------|-----------|--------|----------|
| 2022 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2021 | $180,190 | $39,790 | 0 | 219,980 | $0 | $219,980 |
| 2020 | $173,580 | $32,470 | 0 | 206,050 | $0 | $206,050 |
| 2019 | $168,140 | $32,470 | 0 | 200,610 | $0 | $200,610 |
| 2018 | $161,580 | $32,470 | 0 | 194,050 | $0 | $194,050 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|-------------|
| 1 | 10/18/2010 | RES | Rescind of previous deed | AURORA LOAN SERVICES LLC | GARCIA LIZABETH | 14710 | 2485 | 20100197314 |

| 2 | 9/10/2010 | SWD | Special Warranty Deed | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | AURORA LOAN SERVICES LLC | 14648 | 0150 | 20100168332 |
| 3 | 9/7/2010 | Deed | Deed | GARCIA LIZABETH | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 14646 | 1165 | 20100167635 |

# EXHIBIT D

**CAUSE NO. 2021CI21023**

| | | |
|---|---|---|
| Lizabeth Garcia | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| | § | |
| United Asset Management, LLC | § | |
| | § | |
| | § | |
| | § | |
| *Defendant*, | § | 224th JUDICIAL DISTRICT |

<u>**NOTICE OF FILING NOTICE OF REMOVAL**</u>

On or about October 18, 2021, a Notice of Removal in this case, a true and correct copy of which is attached to this Notice, was filed in the Western District of Texas, San Antonio Division.

Respectfully submitted,

**GHIDOTTI | BERGER LLP**

*/s/ Chase A. Berger*
Chase A. Berger
State Bar No. 24115617
9720 Coit Road, Ste. 220-228
Plano, Texas  75025
Tel: (305) 501-2808
Fax: (954) 780-5578
Email: cberger@ghidottiberger.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served on the following counsel of record in accordance with the Texas Rules of Civil Procedure by electronic mail on October  18, 2021:

**Page 1**

Greg Van Cleave
frontdesk@vancleavelegal.com

By: /s/ Chase Berger
      Chase Berger, Esq