UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LIZABETH GARCIA,

  *Plaintiff*

v.                                        Case No. SA-21-CV-01006-JKP

UNITED ASSET MANAGEMENT LLC,

  *Defendant*

## FINAL JUDGMENT

The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **GRANTS** Defendants' Motion to Dismiss for Failure to State a Claim. All causes of action that may be asserted related to the facts supporting this case are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs take nothing from their claims against Defendants.

SIGNED this 21st day of December, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE